# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building
35 East Mountain Street, Suite #319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

July 16, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE:     MACE, John Reuben
          Dkt. #5:07CR50015-001
          **STATUS REPORT**

Dear Judge Hendren:

As you may recall, John Mace was scheduled to appear before Your Honor on December 12, 2007, for a revocation of supervision hearing. Following discussions with Mr. Mace and his appointed counsel, Jack Schisler, Mr. Mace agreed to comply with ordered conditions and directives from the U.S. Probation Office, Western District of Missouri, Springfield Division. As a result, the Court passed on the revocation of supervision hearing from the December 12, 2007 docket. Mr. Mace was ordered to report to the probation office in Springfield, Missouri and comply with all conditions. Upon being notified that Mr. Mace has complied with all conditions, the Court would dismiss the revocation petition.

On July 11, 2008, U.S. Probation Officer Adam Szura, Springfield, Missouri, sent this office notification that Mr. Mace has satisfied all conditions ordered with the final payment toward the imposed financial penalty. This office has verified that the financial penalty has been paid in full. Furthermore, on March 27, 2008, Mr. Mace completed his polygraph and the results were that he passed.

It is our recommendation that the revocation petition be dismissed allowing this case to close as scheduled on August 7, 2008.

Should you require additional information, please advise.


Page 2
Mace, John Reuben
Status Report - July 16, 2008


Sincerely,

*[signature]*

Michael K. Scott
U.S. Probation Officer


Reviewed and approved,

*[signature]*

William E. Dunn, Jr.
Supervising U.S. Probation Officer


✔  Revocation petition dismissed

___  Other _____
_____
_____
_____

*[signature]*                              July 21, 2008
Honorable Jimm Larry Hendren           Date
Chief U.S. District Judge


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 21 2008

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK